**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1741**

_____

KENNETH F. KLEIN, III,

        Plaintiff - Appellant,

     v.

COUNTY OF CHESTERFIELD; A. RESNICK, County of Chesterfield, VA Magistrate; M. S. ZNOTENS, County of Chesterfield, VA Magistrate; TERESA K. MCROBERTS, County of Chesterfield, VA Magistrate; HW CARNEAL, JR., County of Chesterfield, VA Magistrate; D. HOLSER, County of Chesterfield, VA Magistrate; CLAIRE F. BONILLA, County of Chesterfield, VA Magistrate; DANIEL L. HOLT, County of Chesterfield, VA Magistrate; CHESTERFIELD COUNTY COMMONWEALTH ATTORNEY OFFICE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cv-00289-JAG)

_____

Submitted:  November 19, 2024              Decided:  November 21, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth F. Klein, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth F. Klein, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Klein v. Cnty. of Chesterfield*, No. 3:24-cv-00289-JAG (E.D. Va. July 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*